United States District Court
Southern District of Texas
**ENTERED**
November 04, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BLAINE BRUCE BRUNDAGE, | § | |
| | § | |
| Debtor, | § | CIVIL ACTION NO. H-14-757 |
| ------------------------------ | § | |
| | § | |
| WANDA SHEFFIELD ANDERSON, | § | |
| Independent Executrix of the Estate of | § | |
| William K. Anderson, | § | |
| | § | |
| Defendant-Appellant, | § | |
| | § | |
| v. | § | BANKRUPTCY CASE NO. 12-35869 |
| | § | |
| BLAINE BRUCE BRUNDAGE, | § | |
| | § | |
| Plaintiff-Appellee, | § | |

**ORDER**

Appellee Blaine Brundage and Appellant Wanda Sheffield Anderson filed a joint motion to abate Brundage's motion to alter judgment, (Docket Entry No. 15), to permit the parties to seek dismissal in the bankruptcy court pursuant to the parties' settlement. The motion to abate, (Docket Entry No. 19), is granted. The motion to alter is denied without prejudice, subject to reurging if the settlement cannot be consummated, if reurged within 30 days after that occurs.

SIGNED on November 4, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge